VINDICATOR CONSOL. GOLD MINING CO. v. FRANKFORT MARINE ACCIDENT & PLATE GLASS INS. CO. FRANKFORT MARINE ACCIDENT & PLATE GLASS INS. CO. v. VINDICATOR CONSOL. GOLD MINING CO. (Circuit Court of Appeals, Eighth Circuit. January 28, 1908.) Nos. 2,682, 2,696. In Error to the Circuit Court of the United States for the Dis-

trict of Colorado. James J. Banks (Charles F. Potter, on the brief), for Vindicator Consol. Gold Mining Co. Charles R. Brock (Milton Smith, on the brief), for Frankfort Marine Accident & Plate Glass Ins. Co. Before SANBORN and ADAMS, Circuit Judges, and PHILIPS, District Judge.

PER CURIAM. The facts in these cases present the same questions of law which were decided by this court in the case of Maryland Casualty Company of Baltimore, Maryland, v. Omaha Electric Light & Power Company (November 6, 1907) 157 Fed. 514; and the judgment herein is affirmed, upon the authority of that case.